**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

**CV** __06__ / __2196__ / __DGC__         DATE: __June 12, 2007__
    Year    Case No    Initials

Title: __Luis Aponte__                      vs. __ARS National Services, Inc.__

_____ vs. _____
        Plaintiff                                      Defendant
==========================================================================
HON: __Edward C. Voss__                          Judge #__70BO__

    __None__                                          __CourtSmart__
    Deputy Clerk                                    Court ECR

**Attorney(s) for Plaintiff(s)**          **Attorney(s) for Defendant(s)**

    Floyd W. Bybee                                 Rod Coffey


==========================================================================
**PROCEEDINGS:**      __X__ Open Court      __X__ Chambers      _____ Other


This is the time set for settlement conference.

Present: Floyd W. Bybee with plaintiff; Rod Coffey with defendant's representative.

Settlement conference is held.

Settlement is reached and placed on the record.

Settlement funds shall be paid to Plaintiff's counsel within 14 days from today's date.  Also within 14 days, counsel for Plaintiff is to prepare a full mutual release to be executed by the parties.  A stipulation and order of dismissal shall be submitted to Judge David Campbell within 30 days.