```
Floyd W. Bybee, #012651
FLOYD W. BYBEE, PLLC
2473 S. Higley Road
Suite 104, #308
Gilbert, Arizona 85295-1103
Office:  (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Luis Aponte,** | No.  CV 06-2196-PHX-DGC |
| Plaintiff, | |
| v. | |
| **ARS National Services Inc.;** **and Robert Ellison;** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff and Defendant ARS National Services Inc. hereby stipulate to dismiss this action with prejudice, each party to bear its own attorney's fees and costs incurred herein.

Counsel for Defendant has authorized Plaintiff's counsel to electronically sign this stipulation on his behalf.

/ / /

/ / /

1

2        DATED   June 21, 2007  .

3

4     s/ Floyd W. Bybee                s/ Rodrick J. Coffey
     Floyd W. Bybee, #012651         Rodrick J. Coffey
5    **FLOYD W. BYBEE, PLLC**        **STINSON MORRISON HECKER LLP**
     2473 S. Higley Road             1850 North Central Avenue
6    Suite 104, #308                 Suite 2100
     Gilbert, Arizona 85295          Phoenix, Arizona 85004-4527
7
     Attorney for Plaintiff          Attorney for Defendant
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 2 -