1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF ARIZONA**

8  _____
                                    )
9  **Luis Aponte,**                )        No.  CV 06-2196-PHX-DGC
                                    )
10      Plaintiff,                  )
                                    )
11 v.                              )
                                    )         **ORDER DISMISSING CASE**
12 **ARS National Services Inc.;** )             **WITH PREJUDICE**
   **and Robert Ellison;**         )
13                                  )
                                    )
14      Defendants.                 )
                                    )
15 _____)

16      Pursuant to the stipulation of Plaintiff and Defendant

17 ARS National Services Inc., Defendant Robert Ellison having

18 previously been dismissed from this case, and good cause

19 appearing,

20      **IT IS HEREBY ORDERED** dismissing this action in its

21 entirety with prejudice, each party to bear its own

22 attorney's fees and costs.

23      DATED this 26th day of June, 2007.

24

25                          _David G. Campbell_

26      _____
                              David G. Campbell
                          United States District Judge